■ CITY OF NEW YORK et al., Respondents, v JERRY WARTSKI et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about March 27, 1989, unanimously affirmed, for the reasons stated by Karla Moskowitz, J., without costs and without disbursements. Concur—Sullivan, J. P., Ross, Carro, Milonas and Ellerin, JJ.

■ BROWNSVILLE ASSOCIATES et al., Appellants, v CITY OF NEW YORK, Respondent.—Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on October 31, 1988, unanimously affirmed, for the reasons stated by Karla Moskowitz, J., without costs and without disbursements. Concur—Sullivan, J. P., Ross, Carro, Milonas and Ellerin, JJ.,

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTHA CARMONA, Appellant.—Judgment, Supreme Court, New York County (Juanita Bing Newton, J.), rendered on November 7, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ellerin, J. P., Wallach, Smith and Rubin, JJ.